IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee, as Successor-in-Interest to Bank of America, N.A., as Trustee Under That Certain Indenture, Dated as of June 13, 2007 Between Hometown Commercial Trust 2007-1 and LaSalle Bank National Association,<br><br>          Plaintiff,<br><br>    V.<br><br>ANUP SINGH, KIRANPREET KAUR, JAGDEEP SINGH, TARSEM SINGH, DAVINDER S. KHUNKHUN, HARJEET SINGH, and ARSHPREET SINGH,<br><br>          Defendants. | 8:13CV358<br><br>ORDER |

Clifford Lee has moved to withdraw as counsel for Defendants (filing 26). Upon the representation that Defendants will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Clifford Lee's Motion to Withdraw (filing 26) is granted.

2. The Clerk of Court shall terminate Mr. Lee's appearance as counsel for Defendants and shall terminate future notices to Mr. Lee in this matter.

**DATED** September 2, 2014.

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**